AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| OLMAN ALI-OLIVA and ANGEL RAMOS-OLIVA on behalf of themselves and those similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>SAGA HIBACHI STEAKHOUSE & SUSHI BAR,<br>and<br>STEVEN LYN<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 14-1421 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Saga Hibachi Steakhouse & Sushi Bar
20006 Route 19, Building 4,
Cranberry Township, PA 16066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Community Justice Project
Megan Walker, Esq.
800 Allegheny Building
429 Forbes Ave.
Pittsburgh, PA 15219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

01/13/2015

*Michael J. Lutz*

*Date*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| OLMAN ALI-OLIVA and ANGEL RAMOS-OLIVA on behalf of themselves and those similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>SAGA HIBACHI STEAKHOUSE & SUSHI BAR,<br>and<br>STEVEN LYN<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 14-1421 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Steven Lyn
    20006 Route 19, Building 4,
    Cranberry Township, PA 16066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Community Justice Project
    Megan Walker, Esq.
    800 Allegheny Building
    429 Forbes Ave.
    Pittsburgh, PA 15219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                                        *CLERK OF COURT*

01/13/2015                                                                        *Michael J. Lutz*
*Date*                                                                        *Signature of Clerk or Deputy Clerk*